**Order entered April 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00574-CR

**FRANCO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1056586-P**

### ORDER

We **GRANT** the State's Second Motion for Extension of Time to File Brief.

We **ORDER** the State's Brief, received by the Court on April 9, 2020, filed as of

the date of this order.

/s/    BILL WHITEHILL
        PRESIDING JUSTICE